# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In re: Nomination Petition of : 
Kami Stulginskas for : 
Senator in the Pennsylvania : No. 89 M.D. 2024
General Assembly from the : 
45th Senatorial District : 
: 
Objection of: Stephen : 
Schlauch, Steven Patrick, : 
and Dave Majernik : 

## ***ORDER***

AND NOW, this 26th day of March, 2024, it is ORDERED that the above-captioned amended opinion filed March 9, 2024, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported. In addition, pursuant to IOP Section 414(d), the opinion shall be deemed binding precedent as an election law matter.

_____
PATRICIA A. McCULLOUGH, Judge